PATRICIA BARBOSA, Esq. (SBN 125865)
JORDON METZ, Esq. (SBN 167355)
MARGARET BYRNE IKEDA, Esq. (SBN 222303)
**BARBOSA, METZ, IKEDA & HARRISON, LLP**
17547 Ventura Blvd., Suite 310
Encino, CA 91316
Tel: (818) 386-1200
Fax: (818) 386-1212
PBarbosa@bmihlaw.com
JMetz@bmihlaw.com
MIkeda@bmihlaw.com

Attorneys for Plaintiff, CONNIE ARNOLD

KATHLEEN E. FINNERTY (SBN 157638)
**GREENBURG & TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Tel: (916) 442-1111
Fax: (916) 448-1709
FinnertyK@gtlaw.com

Attorneys for Defendant, W2005/FARGO HOTELS (POOL C) REALTY, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | Case No: 1:09-CV-01644-AWI-SMS |
| Plaintiff, | Civil Rights |
| v. | **JOINT STIPULATION AND ORDER REGARDING CONTINUANCE OF EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |
| MARRIOTT INTERNATIONAL, INC. dba FAIRFIELD INN MARRIOTT-VISALIA; W2005/FARGO HOTELS (POOL C) REALTY, L.P. and DOES 1 through 35, Inclusive, | Trial Date:   June 28, 2011<br>Time:         8:30 a.m<br>Courtroom:  2 |
| Defendants. | |

### JOINT STIPULATION

Plaintiff CONNIE ARNOLD and Defendant W2005/FARGO HOTELS (POOL C) REALTY, L.P. hereby submit this Joint Stipulation and [Proposed] Order continuing the following discovery deadlines in the above-captioned case:

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF EXPERT DISCLOSURE AND DISCOVERY DEADLINES (CASE NO. 1:09-cv-01644-AWI-SMS)**

— 1 —

Stip to Extend discovery dates.doc

*FTL 107,858,612v2 9-20-10*

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on July 16, 2009, Plaintiff filed the present action;

2  WHEREAS, on July 23, 2009, Defendant filed its Answer to Plaintiff's
3  Complaint;

4  WHEREAS, on January 19, 2010, the Court issued its scheduling order setting
5  forth the following discovery deadlines:

6      Expert Disclosures…………………………………….September 30, 2010

7      Expert Disclosures – Rebuttals (FRCP 26(a)(2))……...October 29, 2010

8  WHEREAS, the parties are working together to resolve the matter and request that
9  the court grant this Joint Stipulation to Regarding Continuance of Expert Disclosure and
10 Expert Discovery Deadlines in order to allow the parties to continue settlement
11 negotiations, and

12 WHEREAS, this is a first continuance requested by the parties and this
13 continuance does not alter the Trial date set in this matter.

14 NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between
15 the parties, through their respective counsel of record, and subject to the Court's approval,
16 that the dates previously set by this Court be continued as follows:

| Old Date | Proposed Date | Deadline |
|---|---|---|
| September 30, 2010 | November 15, 2010 | Expert Disclosures |
| October 29, 2010 | December 15, 2010 | Expert Disclosures – Rebuttals (FRCP 26(a)(2)) |
| No date previously set | January 14, 2011 | Expert Discovery Cut-off |

23 IT IS SO STIPULATED.

25 Dated: September 20, 2010    BARBOSA, METZ, IKEDA & HARRISON, LLP

    _/s/ Jordon Metz_____
    JORDON METZ
    Attorneys for Plaintiff, CONNIE ARNOLD

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF EXPERT
DISCLOSURE AND DISCOVERY DEADLINES (**CASE NO. 1:09-cv-01644-AWI-SMS**)   — 2 —

*FTL 107,858,612v2 9-20-10*

Stip to Extend discovery dates.doc

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Dated: September 20, 2010          GREENBURG & TRAURIG, LLP
3
4                                     __/s/Kathleen E. Finnerty_____
                                       KATHLEEN E. FINNERTY
5                                      Attorneys for Defendant
                                       W2005/FARGO HOTELS (POOL C)
6                                      REALTY, L.P.
7
8  IT IS SO ORDERED.
9  Dated:  September 20, 2010            /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF EXPERT DISCLOSURE AND DISCOVERY DEADLINES (CASE NO. 1:09-cv-01644-AWI-SMS)** — 3 —

*FTL 107,858,612v2 9-20-10*

Stip to Extend discovery dates.doc

PDF created with pdfFactory trial version www.pdffactory.com