PATRICIA BARBOSA, Esq. (SBN 125865)
JORDON METZ, Esq. (SBN 167355)
**BARBOSA, METZ & HARRISON, LLP**
17547 Ventura Blvd., Suite 310
Encino, CA 91316
Tel: (818) 386-1200
Fax: (818) 386-1212
PBarbosa@bmhlegal.com
JMetz@bmhlegal.com

Attorneys for Plaintiff, CONNIE ARNOLD

KATHLEEN E. FINNERTY (SBN 157638)
**GREENBURG & TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Tel: (916) 442-1111
Fax: (916) 448-1709
FinnertyK@gtlaw.com

Attorneys for Defendant, W2005/FARGO HOTELS (POOL C) REALTY, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | Case No: 1:09-CV-01644-AWI-SMS |
| Plaintiff, | Civil Rights |
| v. | **JOINT STIPULATION REGARDING CONTINUANCE OF REBUTTAL EXPERT DISCLOSURE AND DISCOVERY DEADLINES; ORDER** |
| MARRIOTT INTERNATIONAL, INC. dba FAIRFIELD INN MARRIOTT-VISALIA; W2005/FARGO HOTELS (POOL C) REALTY, L.P. and DOES 1 through 35, Inclusive, | Trial Date:   June 28, 2011<br>Time:         8:30 a.m<br>Courtroom:   2 |
| Defendants. | |

Plaintiff CONNIE ARNOLD and Defendant W2005/FARGO HOTELS (POOL C) REALTY, L.P. hereby submit this Joint Stipulation and [Proposed] Order continuing the following discovery deadlines in the above-captioned case:

The parties have recently reached an agreement in principle on the injunctive relief aspects of the case and are presently negotiating settlement of the damages and attorneys' fees in the case. Given this material progress toward settlement, the parties

**JOINT STIPULATION REGARDING CONTINUANCE OF REBUTTAL EXPERT DISCLOSURE AND DISCOVERY DEADLINES (CASE NO. 1:09-cv-01644-AWI-SMS)** — 1 —

*FTL 107,858,612v3 12-14-10*

107858612_2.DOC

PDF created with pdfFactory trial version www.pdffactory.com

believe the prospect of settlement is greatly enhanced by saving time and money on discovery unless their settlement discussions fail.  This, coupled with the nearing holidays, cause the parties to jointly request that the court extend the pre-trial deadlines in this case as follows:

   WHEREAS, this is a second continuance requested by the parties and this continuance does not alter the Trial date set in this matter.

   NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, subject to the Court's approval, that the dates previously set by this Court be continued as follows:

| Old Date | Proposed Date | Deadline |
| --- | --- | --- |
| December 15, 2010 | January 5, 2011 | Expert Disclosures – Rebuttals (FRCP 26(a)(2)) |
| January 14, 2011 | February 4, 2011 | Expert and Non-Expert Discovery Cut-off |

   IT IS SO STIPULATED.

Dated: December 14, 2010          BARBOSA, METZ, IKEDA & HARRISON, LLP

                                  _____/s/Jordon Metz_____
                                  JORDON METZ
                                  Attorneys for Plaintiff, CONNIE ARNOLD

Dated: December 14, 2010          GREENBURG & TRAURIG, LLP

                                  __/s/Kathleen E. Finnerty __
                                  KATHLEEN E. FINNERTY
                                  Attorneys for Defendant
                                  W2005/FARGO HOTELS (POOL C) REALTY, L.P.

IT IS SO ORDERED.

Dated:  December 16, 2011           /s/ Sandra M. Snyder
                                  SANDRA M. SNYDER
                                  United States District Court
                                  Magistrate Judge

---

**JOINT STIPULATION REGARDING CONTINUANCE OF REBUTTAL EXPERT DISCLOSURE AND DISCOVERY DEADLINES (CASE NO. 1:09-cv-01644-AWI-SMS)**

– 2 –

*FTL 107,858,612v3 12-14-10*

107858612_2.DOC

PDF created with pdfFactory trial version www.pdffactory.com