1

KATHLEEN E. FINNERTY - SBN 157638
FINNERTY LAW OFFICES
1520 Eureka Road, Suite 101
Roseville, CA  95661
(916)781-3466
KFinn@KFinnertyLaw.Com

2

3

4

Attorneys for Defendant
W2005/FARGO HOTELS (POOL C) REALTY, L.P.

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

11

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13

CONNIE ARNOLD,

14

    Plaintiff,

15

v.

16

MARRIOTT INTERNATIONAL, INC. dba
FAIRFIELD INN MARRIOTT-VISALIA;

17

W2005/FARGO HOTELS (POOL C)
REALTY, L.P. and DOES 1 through 35,

18

Inclusive,

19

    Defendants.

20

CASE NO.: 1:09-CV-01644 AWI-SMS

**DEFENDANT W2005/FARGO
HOTELS (POOL C) REALTY, L.P.'S
NOTICE OF DELAY AND
REQUEST FOR EXTENSION AND
ORDER**

21

    Defendant, W2005/FARGO HOTELS (POOL C) REALTY, L.P. ("Defendant")

22

requests a one week extension of the Court's February 4, 2011 deadline to file the

23

Consent Decree memorializing settlement in this matter due to inclement weather and

24

resulting business interruptions throughout the central United States.   Defendant's

25

offices are located in Irving, Texas, and have been severely impacted by the recent

26

winter storms.   Defendant's current business operations are limited to emergency

27

matters, being handled by a skeleton crew.   For this reason, Defendant has not has an

28

opportunity to review the settlement documents, and requests a one-week extension of

time to do so.   Plaintiff's counsel has indicated that they have no objection to this request.

DATED:  February 3, 2011                    FINNERTY LAW OFFICES


                                    By: _/s/ Kathleen E. Finnerty_____
                                        KATHLEEN E. FINNERTY
                                        Attorneys for Defendant
                                        W2005/FARGO HOTELS (POOL
                                        C) REALTY, L.P.


## ORDER

Good   cause   appearing,   Defendant,   W2005/FARGO   HOTELS   (POOL   C) REALTY, L.P. ("Defendant") is hereby granted a one week extension of the Court's February 4, 2011 deadline to file the Consent Decree memorializing settlement in this matter, through and including February 11, 2011.


IT IS SO ORDERED.

Dated:  __February 4, 2011__          _____
                                      CHIEF UNITED STATES DISTRICT JUDGE

DEFENDANT W2005/FARGO HOTELS (POOL C) REALTY, L.P.'S REQUEST FOR EXTENSION TO FILE
SETTLEMENT DOCUMENTS AND [PROPOSED] ORDER